5

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE  DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

DIRECTV, INC.                              *

vs                                         *   CIVIL ACTION NO. B03-164

DAVID MARTINEZ                             *

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS
BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

**Initial Pretrial & Scheduling Conference**

**January 26, 2004, at 2:00 p.m.**

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:        U.S. Federal Building & Courthouse
              600 E. Harrison, 2nd Floor
              Brownsville, TX 78520

**BY ORDER OF THE COURT**

January 6, 2004

cc:    all counsel