

United States District Court
Southern District of Texas
FILED

JAN 2 8 2004

Michael N. Milby
Clerk of Court

# CHAMBERS MINUTES

**Felix Recio, Judge Magistrate**
**Southern District of Texas, Brownsville Division**

Law Clerk:     Michael B. Knisely

Date:          Jan 26, 2004, 2:00 p.m.

---
### C.A. NO. B03-164 (HGT)
---

| DIRECTV, INC. | * Lecia Chaney |
|---|---|
| VS | * |
| DAVID MARTINEZ | * |

## INITIAL PRETRIAL CONFERENCE

Attorney Chaney appeared. The defendant did not appear.

Attorney Chaney notified the court that they had been unable to serve defendant Martinez.

The Court granted DIRECTV another thirty (30) days to serve Mr. Martinez. DIRECTV has until February 26, 2004, to effectuate service.