B03 CV 164

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1]   DATE: MARCH 5, 2004 @ 11:34 AM | |
| TITLE George W. Balderas  Civil Process Server | United States District Court<br>Southern District of Texas<br>FILED<br>MAR 0 8 2004<br>Michael N. Milby<br>Clerk of Court |

Check one box below to indicate appropriate method of service:

☑ Served personally upon the defendant.

Place where served: 576 W. MAIN, RAYMONDVILLE, TX 78580

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

George W. Balderas
Signature of Server

PO Box 5206, McAllen, TX 78502
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT OF NON-MILITARY STATUS

THE STATE OF TEXAS §
§
COUNTY OF Hidalgo §

BEFORE ME, the undersigned authority, on this day personally appeared George W. Balderas a person having knowledge of the matters hereinafter set forth and who is personally known to me and first being duly sworn according to law, upon his oath deposed and said:

My name is George W. Balderas I am over eighteen (18) years of age, I reside in Hidalgo County, Texas. I have never been convicted of a felony, and I am fully competent to make this Affidavit. I have personal knowledge of the facts stated herein, and they are all true and correct.

David Martinez is not in the military services as a member of the Armed Forces of the United States of America. On MARCH 5, 2002, I:

GWB

✓ personally spoke to David Martinez and he/she indicated that he/she is not in the military services as a member of the Armed Forces of the United States of America;

__ personally spoke to _____ who indicated that they personally know _____ and that he/she is not in the military services as a member of the Armed Forces of the United States of America;

_____
_____
_____

[If other, please explain facts showing non-military status]

_George W. Balderas_
George W. Balderas [Printed Name of Affiant]

SUBSCRIBED AND SWORN TO BEFORE ME, on this the 8th day of March, 2004 to certify which witness my hand and official seal.

_Luis A. Saenz_
NOTARY PUBLIC in and for
The State of Texas

Luis A. Saenz
My Commission Expires
October 10, 2007