United States District Court
Southern District of Texas
FILED

MAY 0 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| DIRECTV, Inc., | & |
| Plaintiff, | |
| | & |
| V. | Case Number: B-03-164 |
| | & |
| DAVID MARTINEZ | |
| Defendants, | & |

## ORIGINAL ANSWER

**NOW COMES** DAVID MARTINEZ, who was served as a Defendant in the above-entitled and numbered cause, and files this Original Answer, and shows the Court:

## GENERAL DENIAL

DAVID MARTINEZ, denies each and every allegation of Plaintiff's Original Complaint, and demands strict proof thereof.

## PRAYER

DAVID MARTINEZ, prays the Court, after notice and hearing or trial, enters judgment in favor of DAVID MARTINEZ, award DAVID MARTINEZ the costs of court, attorney's fees, and such other and further relief as Anthony Adams may be entitled to in law or in equity.

Respectfully submitted,

By: _____
John T. Blaylock
Texas Bar No. 00784302
Federal No. 32386
2255 Barnard, Suite C
Brownsville, Texas 78520
Tel. (956)554-3733
Fax. (956)544-7766
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on May 3, 2004 a true and correct copy of Defendant's Original Answer was served on Lecia L. Chaney, Rodriguez, Colvin & Chaney, 1201 E. Van Buren, Brownsville, Texas 78520.

_____
John T. Blaylock