# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC. | * | |
| vs | * | CIVIL ACTION NO. B03-164 |
| DAVID MARTINEZ | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

**Initial Pretrial & Scheduling Conference**

May 27, 2004, at 2:00 p.m.

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:    U.S. Federal Building & Courthouse
          600 E. Harrison, 2nd Floor
          Brownsville, TX 78520

**BY ORDER OF THE COURT**

May 4, 2004

cc:   all counsel