United States District Court
Southern District of Texas
FILED

MAY 1 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | & | |
| Plaintiff, | | |
| | & | |
| V. | | Case Number: B-03-164 |
| | & | |
| DAVID MARTINEZ | | |
| Defendants, | & | |

## AGREED MOTION FOR CONTINUANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes John T. Blaylock, Attorney for DAVID MARTINEZ, Defendant, and files this Motion for Continuance of this cause from its present setting for Initial Pretrial & Scheduling Conference on May 27, 2004, and shows the following:

1. Attorney, John T. Blaylock, is scheduled to be out of town on May 27, 2004 through June 3, 2004.

2. The Plaintiff's Attorney, Lecia Chaney, does not object to this motion.

3. This motion is not made for purposes of delay but that justice may be done.

**WHEREFORE, PREMISES CONSIDERED**, the defendant prays the Court continue this cause on the docket of this Court until a later date so that the defendant may receive a fair trial.

Respectfully submitted,

Blaylock Law Office
2355 Barnard, Suite C
Brownsville, Texas 78520
Tel: (956) 554-3733

By: _____
John T. Blaylock
State Bar No. 00784302
Federal No. 32386

## CERTIFIATE OF CONSULTATION

I hereby certify that I contacted Lecia Chaeny at Rodriguez, Colvin & Chaney on May 12, 2004 to obtain their Agreement or Objection to this Motion.

_____
John T. Blaylock

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Continuance was faxed to counsel for the Plaintiff and mailed to Rodriguez, Colvin & Chaney, Lecia Chaney 1201 E. Van Buren, Brownsville, Texas 78520.

_____
John T. Blaylock