IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| DIRECTV, Inc., Plaintiff, | & | |
| | & | |
| V. | & | Case Number: B-03-164 |
| | & | |
| DAVID MARTINEZ Defendants, | & | |

# ORDER

On ___May 13___, 2004, came on to considered defendant's Motion for Continuance, and it appears to the Court that this Motion should be

(GRANTED)   ~~(DENIED)~~.

And the Initial Pretrial & Scheduling Conference is hereby set for; __May 25, 2004__, at 2:00 p.m.

Signed on ___May 13___, 2004

_____
JUDGE PRESIDING

COPIES TO:
Attorney, John T. Blaylock, 2355 Barnard, Suite C, Brownsville, Texas 78520
Lecia Chaney, 1201 E. Van Buren, Brownsville, Texas 78520