```
COURTROOM MINUTES:  Felix Recio Judge Presiding
                    Southern District of Texas, Brownsville Division

Courtroom Clerk     :   M Garcia
ERO                 :   D Ahumada
CSO                 :   M Agado
Law Clerk           :   M Knicely
Interpreter         :   not needed
Date                :   May 25, 2004 at 2:05 p.m.
```

United States District Court
Southern District of Texas
FILED

MAY 25 2004

Michael N. Milby
Clerk of Court

---

CIVIL CASE NO. B-03-164

**DIRECTV, INC.**              *              Lecia Chaney

vs                             *

David Martinez                 *              John Blaylock

---

### INITIAL PRETRIAL CONFERNECE

Lecia Chaney present for Plaintiff;
John Blaylock present for David Martinez;

L Chaney withdraws the Motion for Default Judgment;

Consent 636 to proceed before the Magistrate signed in open Court;

The Court issues the scheduling order setting Jury Selection for September 30, 2004 at 09:00 a.m. with Final Pretrial on September 28, 2004 at 2:00 p.m.;

Court adjourned.