===========================================================
# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS
===========================================================

United States District Court
Southern District of Texas
ENTERED

MAY 2 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DIRECTV, INC. | * | |
| VS | * | C.A. NO. B-03-164 |
| DAVID MARTINEZ | * | |

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| /s/ [signature] | Directv, Inc | 5-25-04 |
| /s/ [signature] T.B. | David Martinez | 5/25/04 |

### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

May 25, 2004
Date

[signature]
United States District Judge

**NOTE:** RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY** IF ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.