UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 0 3 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

| | | |
|---|---|---|
| DIRECTV, INC. | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIV. NO. B-03-164 |
| | § | (636(c)) |
| DAVID MARTINEZ, | § | |
| Defendant. | § | |

### ORDER

The official docket sheet for the above-referenced cause of action shows that Docket Number 8, the Plaintiff's Motion for Entry of Default and for Default Judgement, is still pending. Because the Defendant has taken action to defend this suit, counsel for the Plaintiff withdrew the motion for default in open court. *See* Docket No. 13 (minute entry for pretrial conference held May 25, 2004). Accordingly, the District Clerk's Office is hereby ORDERED to let the official docket sheet reflect that the Plaintiff's motion (Docket No. 8) has been withdrawn and accordingly is no longer pending.

IT IS SO ORDERED.

DONE in Brownsville, Texas this 3rd day of June, 2004.

_____
Felix Recio
United States Magistrate Judge