COURTROOM MINUTES: **Felix Recio Judge Presiding**
                   **Southern District of Texas, Brownsville Division**

| | | | |
|---|---|---|---|
| Courtroom Clerk | : | M Garcia | |
| ERO | : | B Vasquez | |
| CSO | : | Canet | |
| Law Clerk | : | J Scott | |
| Interpreter | : | not needed | |
| Date | : | **September 13, 2004 at 2:05 pm** | |

**United States District Court**
**Southern District of Texas**
**FILED**

**SEP 13 2004**

**Michael N. Milby, Clerk of Court**

--------------------------------------------------------------------------------
**CIVIL CASE NO. B-03-164**

**DIRECTV, INC.**                    *              Lecia Chaney

**vs**                               *

David Martinez                       *
--------------------------------------------------------------------------------

### S T A T U S   C O N F E R E N C E

Lecia Chaney present for Plaintiff;

Ms Chaney announces that a settlement has been reached in this case and requests 14 days to prepare the paperwork;

The Court resets this case for a status hearing on 09/27/04 at 2:00 p.m.;

Court adjourned.