IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION No. B-03-164 |
| | § | (636(c)) |
| DAVID MARTINEZ | § | |
| Defendant. | § | |

## ORDER GRANTING
## MOTION TO DISMISS WITH PREJUDICE

CAME ON to be heard on this day DIRECTV's Motion to Dismiss with Prejudice, in which the Plaintiff advises the Court that it has resolved all matters in dispute in this lawsuit against **DAVID MARTINEZ** and requested that Plaintiff's claims against Defendant **DAVID MARTINEZ** be dismissed in their entirety and *with prejudice*. The Court, having considered the plaintiff's motion, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's lawsuit against Defendant **DAVID MARTINEZ** is hereby dismissed *with prejudice*; and, IT IS FURTHER ORDERED that all costs and expenses, including attorneys' fees, are to be borne by the party incurring same.

Signed this 27 day of September, 2004 in Brownsville, Texas.

_____
JUDGE PRESIDING